UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9768 FMO (RZx) | Date | February 4, 2015 |
|---|---|---|---|
| Title | FameFlynet, Inc. v. Lyric Jeans, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Failure to Comply with Local Rule 3-1

    Pursuant to Local Rule 3-1, "[i]n all cases where jurisdiction is invoked in whole or in part under 28 U.S.C. § 1338 (regarding patents, plant variety protection, copyrights and trademarks), the Clerk shall also be provided at the time of filing with the original and two copies of the required notice to the Patent and Trademark Office in patent, plant variety protection and trademark matters and the original and four copies of the required notice in copyright matters" (emphasis added). On **December 23, 2014**, the court issued a "Notice to Counsel re: Copyright, Patent, and Trademark Reporting Requirements" ("Notice") and advised plaintiff's counsel to comply with Local Rule 3-1 no later than ten (10) days from the filing of the Notice. As of the date of this Order, plaintiff's counsel still has not complied with Local Rule 3-1.

    Accordingly, IT IS ORDERED that plaintiff shall, no later than **February 6, 2015**, comply with Local Rule 3-1 and file the required document(s). Failure to comply with Local Rule 3-1 or this Order may result in the action being dismissed for failure to prosecute and/or comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |