# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMEFLYNET, INC., | Case No. CV 14-9768 FMO (RZx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LYRIC JEANS, INC., | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of August, 2015.

/s/
Fernando M. Olguin
United States District Judge